DocuSign Envelope ID: EE56E823-FED7-4F5D-AE8A-C6C965B65563

1 WALTER F. BROWN (STATE BAR NO. 130248)
　 wbrown@paulweiss.com
2 PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
3 535 Mission Street, 24th Floor
San Francisco, CA  94105
4 Telephone:     (628) 432-5111

5 LIZA M. VELAZQUEZ (*pro hac vice application to be submitted*)
　 lvelazquez@paulweiss.com
6 DAVID W. BROWN (*pro hac vice application to be submitted*)
　 dbrown@paulweiss.com
7 PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
8 1285 Avenue of the Americas
New York, NY  10019-6142
9 Telephone:     (212) 373-3000

10 Attorneys for Defendant
11 AMAZON.COM SERVICES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHELLE RIZVANOVIC, individually and on behalf of other persons similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware limited liability corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.<br><br>**DECLARATION OF HARJIT RANDHAWA IN SUPPORT OF DEFENDANT AMAZON.COM SERVICES, LLC'S NOTICE OF REMOVAL OF CLASS ACTION**<br><br>[Removal from the Superior Court of California, County of Kern, Case No. BCV-21-102647]<br><br>Complaint Filed: November 4, 2021 |
|---|---|

DocuSign Envelope ID: EE56E823-FED7-4F5D-AE8A-C6C965B65563

I, Harjit Randhawa, hereby declare and state:

1. I am over the age of 18, and am competent to attest to the facts set forth herein. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. I am currently employed by Amazon.com Services, LLC ("Amazon") as a Senior Human Resources Business Partner.  In this role, I have been responsible for, among other things, providing general human resources support to Amazon employees at all job levels at various facilities in California.  I have been employed by Amazon since October 2021.  In my position as Senior Human Resources Business Partner, I have access to certain employment-related information and corporate records for Amazon.

3. Information maintained by Amazon reflects the following:

   a. Plaintiff Michelle Rizvanovic's hourly wage for the duration of her employment was $15 per hour with an $0.85 per hour shift differential.

   b. Between October 15, 2020 and October 14, 2021, at least 11,341 non-exempt Amazon employees in California requested accommodations.  Of these 11,341 non-exempt employees who requested accommodations, 5,755 are no longer employed by Amazon as of December 15, 2021.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on the 22nd of December, 2021 at Bakersfield, California.



Harjit Randhawa

DECLARATION OF HARJIT RANDHAWA