DocuSign Envelope ID: 0B696E50-5EB0-4E44-B561-49C83E63B672

1  WALTER F. BROWN (STATE BAR NO. 130248)
     wbrown@paulweiss.com
2  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   535 Mission Street, 24th Floor
3  San Francisco, CA  94105
4  Telephone:    (628) 432-5111

5  LIZA M. VELAZQUEZ (*pro hac vice application to be submitted*)
     lvelazquez@paulweiss.com
6  DAVID W. BROWN (*pro hac vice application to be submitted*)
     dbrown@paulweiss.com
7  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
8  1285 Avenue of the Americas
   New York, NY  10019-6142
9  Telephone:    (212) 373-3000

10 Attorneys for Defendant
   AMAZON.COM SERVICES, LLC
11

12                     UNITED STATES DISTRICT COURT
13                     EASTERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| MICHELLE RIZVANOVIC, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware limited liability corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF ZANE BROWN IN SUPPORT OF DEFENDANT AMAZON.COM SERVICES, LLC'S NOTICE OF REMOVAL OF CLASS ACTION**<br><br>[Removal from the Superior Court of California, County of Kern, Case No. BCV-21-102647]<br><br>Complaint Filed: November 4, 2021 |

I, Zane Brown, hereby declare and state:

1.   I am currently employed by Amazon Corporate, LLC as a Vice President and Associate General Counsel. I am competent to testify, and make this declaration based on my personal knowledge of the facts set forth in this Declaration or my knowledge of them in my capacity as an employee based on corporate records that Amazon.com Services, LLC ("Amazon") maintains in the regular course of its business. I make this declaration in support of Amazon's Notice of Removal of Class Action.

2.   According to business records available to me, Amazon is a limited liability company organized under the laws of Delaware. Its principal place of business is located in Seattle, Washington. Amazon's sole member is Amazon.com, Inc. and Amazon is wholly owned by Amazon.com, Inc. Amazon.com, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington. The Washington headquarters are staffed by corporate officers and executives of Amazon.com, Inc., who are responsible for overseeing Amazon's activities.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on the  12/21/2021  at  Seattle, WA  .

*Zane Brown* (DocuSigned by: 0AC4AA6BEE2D4A8...)
Zane Brown