WALTER F. BROWN (STATE BAR NO. 130248)
  wbrown@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA  94105
Telephone:     (628) 432-5111

LIZA M. VELAZQUEZ (*pro hac vice application to be submitted*)
  lvelazquez@paulweiss.com
DAVID W. BROWN (*pro hac vice application to be submitted*)
  dbrown@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6142
Telephone:     (212) 373-3000

Attorneys for Defendant
AMAZON.COM SERVICES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RIZVANOVIC, individually and on behalf of other persons similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware limited liability corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No.<br><br>**DEFENDANT AMAZON.COM SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HER COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Amazon.com Services, LLC hereby discloses the following:

Defendant Amazon.com Services, LLC's sole member is Amazon.com, Inc. and Amazon.com Services, LLC is wholly owned by Amazon.com, Inc.  No other publicly held company owns 10% or more of Amazon.com Services, LLC's stock.

Amazon.com, Inc. does not have a parent corporation, and no publicly held corporation owns 10% or more of Amazon.com, Inc.'s stock.

Dated: December 22, 2021                    Respectfully Submitted,

By: */s/ Walter F. Brown*
Walter F. Brown
Liza M. Velazquez
David W. Brown
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Attorneys for Defendant
AMAZON.COM SERVICES, LLC