**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE RIZVANOVIC,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>  Defendant. | ) Case No.: 1:21-cv-01804-JLT-BAK<br>)<br>) ORDER GRANTING APPLICATION TO APPEAR<br>) *PRO HAC VICE* OF LIZA M. VELAZQUEZ<br>)<br>) (Doc. 6)<br>)<br>)<br>)<br>) |

  Liza M. Velazquez has applied to appear *pro hac vice* for Amazon.com Services, LLC. (Doc. 6). She has demonstrated good standing in the courts in the State of New York (Doc. 6 at 3) and has paid the fee for admission. *Id*. She has not been admitted *pro hac vice* over the last year. Therefore, the application is GRANTED.

Dated:  January 12, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE