**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE RIZVANOVIC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>　　　　Defendant. | Case No.: 1:21-cv-01804-JLT-BAK<br><br>ORDER GRANTING APPLICATION TO APPEAR *PRO HAC VICE* OF DAVID W. BROWN<br><br>(Doc. 7) |

　　　David W. Brown has applied to appear *pro hac vice* for Amazon.com Services, LLC. (Doc. 7). He has demonstrated good standing in the courts in the State of New York (Doc. 7 at 3) and has paid the fee for admission. *Id*. He has not been admitted *pro hac vice* over the last year. Therefore, the application is GRANTED.

Dated: 　January 12, 2022　

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE