WALTER F. BROWN (STATE BAR NO. 130248)
 wbrown@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA  94105
Telephone:     (628) 432-5111

LIZA M. VELAZQUEZ (admitted *pro hac vice*)
 lvelazquez@paulweiss.com
DAVID W. BROWN (admitted *pro hac vice*)
 dbrown@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:     (212) 373-3000

Attorneys for Defendant
AMAZON.COM SERVICES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RIZVANOVIC, individually and on behalf of other persons similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware limited liability corporation, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No.: 1:21-cv-01804-JLT-HBK<br><br>**JOINT STIPULATION REGARDING OPPOSITION AND REPLY BRIEF DEADLINES AND HEARING DATE FOR DEFENDANT AMAZON.COM SERVICES, LLC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO STRIKE**<br><br>Proposed Hearing Date: March 14, 2022 |

Defendant Amazon.com Services, LLC ("Amazon") and Plaintiff Michelle Rizvanovic (together, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

Amazon will file its Motion to Dismiss the Class Action Complaint or, in the alternative, Motion to Strike the Class Allegations (the "Motion") on January 26, 2022. The Parties have agreed that Plaintiff's brief in opposition will be due by February 18, 2022. The Parties have further agreed that Amazon's reply brief will be due by March 7, 2022.

The Parties hereby stipulate that the hearing date on Amazon's Motion shall be March 14, 2022, at 9:00 a.m. No other parties have appeared in this action or are affected by this stipulation.

The stipulation herein reached will not alter the date of any event or any deadline already fixed by Court order. This stipulation complies with the requirements of Local Rule 230.

A proposed Order seeking to modify the briefing schedule is submitted herewith, which the Parties jointly request that the Court enter.

Respectfully submitted,

Dated: January 26, 2022

By: */s/ Dean S. Ho* (as authorized on 01/26/22)
    Dean S. Ho
    OPTIMUM EMPLOYMENT LAWYERS

    Christian J. Petronelli
    PETRONELLI LAW GROUP, PC

Attorneys for Plaintiff
MICHELLE RIZVANOVIC

Dated: January 26, 2022

By: */s/ Walter F. Brown*
    Walter F. Brown
    Liza M. Velazquez
    David W. Brown
    PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP

Attorneys for Defendant
AMAZON.COM SERVICES, LLC

WALTER F. BROWN (STATE BAR NO. 130248)
  wbrown@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA  94105
Telephone:     (628) 432-5111

LIZA M. VELAZQUEZ (admitted *pro hac vice*)
  lvelazquez@paulweiss.com
DAVID W. BROWN (admitted *pro hac vice*)
  dbrown@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:     (212) 373-3000

Attorneys for Defendant
AMAZON.COM SERVICES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RIZVANOVIC, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware limited liability corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:21-cv-01804-JLT-HBK<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY THE BRIEFING SCHEDULE** |

# ORDER

Before the Court is a stipulation among the Parties. Having reviewed the Parties' stipulation, it is ordered as follows:

1. Pursuant to the undersigned's Standing Order (Doc. 14), the pending motion to dismiss or in the alternative strike (Doc. 15) will be submitted for decision on the papers without oral argument. No hearing will be calendared.
2. Plaintiff shall file any brief in opposition on or before February 18, 2022.
3. Amazon shall file any reply brief on or before March 7, 2022.
4. The parties are further informed that as a result of the judicial resource emergency described in this Court's standing order re judicial emergency, more than 100 motions remain under submission in the caseload recently re-assigned to the undersigned. Although the Court has begun the process of working through this significant backlog, it may still be many months until the motion in this matter is resolved. The Court reiterates that magistrate judge consent may alleviate some of the delays caused by the resource emergency.

IT IS SO ORDERED.

Dated: **January 27, 2022**

_____
UNITED STATES DISTRICT JUDGE